# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 16-24728-CMB |
| | ) |
| **N & B Management Company, LLC,** | ) Chapter 11 |
| | ) |
| **Debtor** | ) Document No. |
| | ) Related to Doc. Nos. 101-114 |

## SUPPLEMENTAL STATUS REPORT WITH POWER OF ATTORNEY

Comes the debtor, N & B Management Company, LLC, by and through its attorney, Francis E. Corbett, and presents the following:

1. The principal of the debtor, Golan Barak, has signed a Power of Attorney in favor of his wife, Linda Gordon, for her to act with full authority to operate the business of N & B Management Company, LLC as long as he remains unavailable.

2. A copy of that Power of Attorney dated January 15, 2018 is attached hereto.

        **Respectfully submitted,**

**DATE:** 03/12/18        s/ Francis E. Corbett
        **Francis E. Corbett, Esquire, PA I.D. #37594**
        **fcorbett@fcorbettlaw.com**
        **1420 Grant Building**
        **310 Grant Street**
        **Pittsburgh, PA 15219**
        **(412) 456-1882**